FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMONT RICHARD, | ) NO. CV 08-2831-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DEBRA DEXTER, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 7, 2008.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE